DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONNA PERRY, GUARDIAN OF EMMA PERRY,**
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and **PALM GARDEN OF WEST PALM BEACH,**
Appellees.

No. 4D16-3789

[March 1, 2018]

Appeal from the State of Florida, Department of Children and Families; L.T. Case No. 16N-00078.

Donna Perry, West Palm Beach, pro se.

Thomas W. Caufman of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for appellee Palm Garden of West Palm Beach.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***